IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY S. DOWNS, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANAPOL SCHWARTZ, PC, et al. | : | NO. 14-630 |

## ORDER

**AND NOW**, this 12th day of August, 2015, upon consideration of the Raynes Defendants' Motion for Summary Judgment (ECF No. 52), the Anapol Defendants' Motion for Summary Judgment (ECF No. 53), all materials filed in support of and in opposition to both motions, and the two oral arguments held on the motions (ECF Nos. 66-67, 96, 101) it is hereby **ORDERED** that:

1. The Raynes Defendants' Motion for Summary Judgment (**ECF No. 52**) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** with respect to Counts IV and VI, and the motion is **DENIED** with respect to Count V.

2. The Anapol Defendants' Motion for Summary Judgment (**ECF No. 53**) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** with respect to Counts II and III, and the motion is **DENIED** with respect to Count I.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE